IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN PUPUHI BAKER, JR., individually and as Trustee of the Revocable Trust of John Pupuhi Baker, Jr; DIANE T. BAKER, invidually and as Trustee of the Revocable Trust of Diane Theresa Baker; BRANDEN H. BAKER; KIM SALVA CRUZ BAKER, individually and on behalf of a Class of All Persons Similarly Situated<br><br>    Plaintiffs,<br><br>  vs.<br><br>CASTLE & COOKE HOMES HAWAII, INC., a Hawaii Corporation ; ZURN INDUSTRIES, LLC, a Delaware Limited Liability Company; ZURN PEX, INC., a Delaware corporation; S.H. LEGITT CO., a Michigan corporation dba MARSHALL BRASS; WATTS RADIANT, INC., a Delaware corporation; WATTS WATER TECHNOLOGIES, INC., a Delaware corporation; JOHN AND JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100; DOE GOVERNMENTAL AGENCIES 1-100; DOE ASSOCIATIONS 1-100<br><br>    Defendants.<br>_____ | CV 11-00616 SOM-RLP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on June 7, 2013 and served on all parties on June 10, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Defendants/Cross-Claimants Zurn Industries, LLC and Zurn Pex, Inc.'s Petition for Determination of Good Faith Settlement" are adopted as the opinion and order of this Court.

  IT IS SO ORDERED.

  DATED: Honolulu, Hawaii, June 25, 2013.



    /s/ Susan Oki Mollway
    Susan Oki Mollway
    Chief United States District Judge

John Pupuhi Baker, Jr., et al. v. Castle and Cooke Homes Hawaii, Inc., et al.; Civil No. 11-00616 SOM-RLP, Order Adopting Magistrate Judge's Findings and Recommendation

2