IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN PUPUHI BAKER, JR., et al., individually and on Behalf of a Class of All Persons Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASTLE & COOKE HOMES HAWAII, INC., et al.,<br><br>Defendants. | CIVIL NO. 11-00616 SOM-RLP<br><br>ORDER REMANDING CASE TO DISPUTE PREVENTION RESOLUTION FOR COMPLETION OF ARBITRATION PROCEEDINGS |

**ORDER REMANDING CASE TO DISPUTE PREVENTION RESOLUTION FOR COMPLETION OF ARBITRATION PROCEEDINGS**

On August 24, 2016, this court approved the Stipulation Regarding Class Definition and the Stipulation Regarding Defendant's Motion for Determination of Subclasses. In light of that approval, this court refers this case back to Dispute Prevention Resolution for completion of arbitration proceedings.

The stay of this case in this court is reinstated, and this case is administratively closed during the stay. Plaintiffs' counsel is directed to submit to the court a written statement about the status of arbitration proceedings upon the conclusion of arbitration proceedings, or no later than May 1, 2017, whichever is earlier.

The Clerk of Court is directed to serve this order not only on counsel of record, but also on Dispute Prevention Resolution, Attention: Kelly Bryant, 1003 Bishop St., Suite 1155, Honolulu, HI 96813.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, August 24, 2016.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

John Pupuhi Baker, Jr., et al. v. Castle & Cooke Homes Hawaii, Inc., et al.
Civil No. 11-00616 SOM-RLP
ORDER REMANDING CASE TO DISPUTE PREVENTION RESOLUTION FOR COMPLETION OF ARBITRATION PROCEEDINGS